IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATALIE SHAY,

      Plaintiff,

vs.                                          No. CIV 13-0140 JB/ACT

RWC CONSULTING GROUP, a Texas
corporation, GEORGE WREN, Manager
for RWC Consulting Group, individually,
CLAIRE E. OSBORNE, Secretary and
Treasurer of RWC Consulting Group,
individually,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) its Order, filed September 23, 2013 (Doc. 29); and (ii) its Memorandum Opinion, filed June 30, 2014 (Doc. 31)("MO").  In the Order, the Court granted the Defendants' Motion to Dismiss Complaint, filed February 15, 2013 (Doc. 6), "as to all federal claims," and declined to exercise supplemental jurisdiction over the state-law claims.  Order at 1.  As the Court explained in its MO, the Court's Order disposed of all claims that Plaintiff Natalie Shay brought over which the Court had federal-question jurisdiction under 28 U.S.C. § 1331 and remanded the remaining claims to the Second Judicial District Court, State of New Mexico, County of Bernalillo.  See MO *passim*.  Accordingly, final judgment is appropriate.

**IT IS ORDERED** that: (i) Plaintiff Natalie Shay's federal claims and all claims against Defendants RWC Consulting Group, George Wren, and Claire E. Osborne over which the Court has federal-question jurisdiction pursuant to 28 U.S.C. § 1331 are dismissed with prejudice; (ii)

- 2 -

all remaining state claims and the case are remanded to the Second Judicial District Court, State

of New Mexico, County of Bernalillo; and (iii) final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Andrew M. Sanchez
Cuddy & McCarthy, LLP
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

Victor P. Montoya
Jackson Lewis, LLP
Albuquerque, New Mexico

      *Attorneys for the Defendants*